UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN DOE, by and through his parents

vs. CA 07-99ML

EAST GREENWICH SCHOOL DISTRICT

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
March 16, 2007

Entered as an Order of this Court on March 16, 2007.

Deputy Clerk