UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN DOE,<br>by and through his parents,<br>Petitioner,<br><br>v.<br><br><br><br><br>EAST GREENWICH SCHOOL DISTRICT,<br><br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br>NO.: 07-99ML |

**RULE 41(a) VOLUNTARY DISMISSAL OF ACTION**
**WITHOUT PREJUDICE**[1]

Now comes the Petitioner, by and through his parents, and hereby voluntarily dismisses the Action, without prejudice.

Petitioner,
By his attorney,

/s/George E. Lieberman
George E. Lieberman, Esq. (3860)
Vetter & White
20 Washington Place
Providence, RI 02903
t. 421-3060
f. 272-6803
glieberman@vetterandwhite.com

[1] The Complaint was not served upon Respondent and no entry of appearance of attorney and no answer or summary judgment was served or filed upon behalf of Respondent.